86 A.3d 229

Eric S. TORRES, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 18, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**